## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**PPS, INC.**                                                                              **PLAINTIFF**

**v.**                                   **4:08CV00585-WRW**

**FAULKNER COUNTY, ARKANSAS,** *et al***.**                         **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of September, 2009.

                                                                              /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE